# DIVIDENDS REMITTED TO THE COURT

Case Number 08-11698 - MONZON, ADRIAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Medical Heights Medical Center**<br>co ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801<br>(1-1) medical services rendered | 000001 | 25.00 | 1.37 |
| ---------- Remittance Total ------------- | | 25.00 | 1.37 |

*[signature]*

STEVEN L. SPETH, Trustee

FILED
AT WICHITA, KS
FEB 25 2010
CLERK
U.S. Court of Bankruptcy
By_____ Deputy